MATTHEW J. CLARK v. JOHN MCKEE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STELLA H. KEATING and Others v. EMMA S. HAMMERSTEIN, Individually and as Executrix, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GUISEPPE RUSSO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MORINI.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LUCY E. DOHERTY v. MONROE ECKSTEIN BREWING COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BENNETT DE BEIXEDON v. BROWN & SECCOMB.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SARAH KOHLMANN v. WILLIAM M. BARRETT, as President, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH DANERHIRSCH and Others v. THE TRAVELERS INDEMNITY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ADAMS-FLANIGAN COMPANY v. CHARLES KLING, Impleaded, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BENJAMIN LINDE and Others v. LUBARSKY BROTHERS & FALOWITZ, INC. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE BRODY & FUNT COMPANY, INC., v. MORRIS SCHONDORF.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH ZINSSER v. GERTRUDE B. ZINSSER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of CASUALTY COMPANY OF AMERICA. (Claim of the United States, Surety Claim No. 633.)— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH E. HERNANDEZ and Others v. BROOKDALE MILLS, INC.— Motion for reargument denied; motion for leave to appeal to Court of Appeals granted and question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.